**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| POLYFLOW, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:15-cv-2817 |
| v. | § | |
| | § | |
| SPECIALTY RTP, LLC AND | § | |
| JOHN R. WRIGHT, JR., | § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that Polyflow, LLC. has no parent corporation (Polyflow, LLC is owned by Polyflow Holdings, LLC and Polyflow Sub-Holdings, LLC) and is a privately held limited liability company. No publicly held corporate owns ten percent or more of Polyflow, LLC stock.

DATED: September 28, 2015

Respectfully submitted,

SMYSER KAPLAN & VESELKA, L.L.P.

_/s/ Jeff Potts_

Jeff Potts
Bar No. 00784781
Land Murphy
Bar No. 24058010
700 Louisiana, Suite 2300
Houston, Texas 77002
jpotts@skv.com
lmurphy@skv.com
(713) 221-2300
(713) 221-2320 (fax)

ATTORNEYS FOR PLAINTIFF
POLYFLOW, LLC

529188.2