# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POLYFLOW, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-2817 |
| | § | |
| SPECIALTY RTP, LLC AND | § | |
| JOHN R. WRIGHT, JR., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO
DEFENDANT'S MOTION FOR PROTECTION**

# SPECIALTY RTP
*Technology to Flow Mature Wells*

# CLIENT LIST

| | |
|---|---|
| BP Canada | 1.5" Velocity Strings |
| BP Oklahoma | 1.75" Velocity String |
| BP Farmington | 1.75"Velocity Strings |
| BP Aberdeen | 2.375" Velocity Strings |
| Anadarko – Texas | 1.00" Velocity Strings |
| Maverick Coiled Tubing | 1.25" Acid Pumping String |
| Quest Exploration | 1.00" ESP Pump Pipe |
| Devon Energy | 1.00" ESP Pump Pipe |
| Williams Energy | 1.25" & 1.5" ESP Pump Pipe |
| | |
| Henninger Services (Put in End User | 2-3/8" Pipe Direct Bury |
| Pemex Mexico | 2-3/8" Pipe – Pull Thru |
| Pemex Mexico | 3-1/2" Pipe – Pull Thru |
| Pemex Mexico | 4-1/2" Pipe – Pull Thru |
| Pemex Mexico | 1-1/2" Velocity String |
| Hogback Resources | 1.25" Velocity String |
| Decker Operating | 1.00" Velocity String |
| Amvest Resources | 1.25" ESP Pump Strings |
| Continental | 2-3/8" 3.5" Direct Bury Pipe |
| El Paso | 2-3/8" Gathering Line & SubTubing |
| Ecopetrol | 2.375 and 3" Gathering Lines |
| Marathon | 1.50" Velocity String |
| Shell Oil | 3" Gathering Lines |
| Chevron | 1.50" Injection Strings |
| Rockwell Petroleum | 2-3/8" Gathering Line |
| Rockwell Petroleum | 4-1/2" Gathering Line |
| Hunt Petroleum | 1.75" &2-3/8" Pull Thru |
| East Resources | 1.5"-4.5" Water Flood & Flow Lines |
| ARG | 1.5"-4.5" Water Flood & Flow Lines |
| Apache | 2.375" Gas Injection Lines |
| Devon Energy East Texas | 1.75 & 2.375" Gas Injection lines |
| JW Operating | 3" Gas Lines |
| Seneca Resources | 4.5" Water Flow Lines |
| Occidental Petroleum | 2 3/8 & 3'Oil Flow Lines (H2S) |
| Penn Virginia | High Pressure Water Disposal Lines |
| Great Lakes Resources (Range) | Velocity Strings |
| Energy Corporation of America (ECA) | Velocity Strings and Injection Strings |

XOMPFSUB000238

| | |
|---|---|
| CNX | Flow and Disposal Lines |
| Linn Energy | Velocity Strings |
| EOG | Gas Flow Line (2 3/8") |
| Hilcorp | Multiphase flow line 3.5 Pull through" |
| Aspect Energy | 4.5" Gas Flow Line |
| PAPCO | Gas Injection Lines & Flow Lines |
| St Mary's Land and Exploration | Gas Injection Line |
| Gulf Production | 4.5" Gas Flow Line |
| Kerr McGee | Gathering Lines, Water Disposal Lines Injection Lines |
| Equitable Production | Velocity Strings |
| Newfield Production | Velocity Strings and Sub Tubing |
| Stevens Production | 2 3/8" Gathering Line |
| Superior | Water Flood |
| Potash Corp | High Pressure Flow Lines |
| US Gypsum | Velocity Strings |
| Yates Petroleum | Flow Lines |
| Interoil | Oil Flow Lines |
| Bayou Sorrel | 3.5" Flow Lines |
| Texas Petroleum Investment | 1.75" Injection Lines |
| Harvest Oil and Gas | 3.0 Gas Gathering Line |
| Flash Oil and Gas | Flow Lines |
| EDP | Injection Line |
| Protégé | Sour Injection Line |
| Hogback Resources | Velocity Strings, Injection strings, Gathering Line |
| Snyder Brothers | Gathering Line |
| Lenape Resources | Velocity Strings Gathering Lines |
| Wilkes Energy | Gathering line through Steel |
| Whiting Corp | 1.75" CO2/Water Flood Injection Lines |
| Pioneer Energy | 2.375 High H2S CO2 Water Floods& Flow Lines |
| Armstrong | 2.375 High H2S CO2 Water Floods |
| Chervron | 1.75" Water Floods |
| Denbury Resources | 3.5" CO2 Injection and Flow Lines |
| Vaquero Energy | 4.5" Gas Flow lines and Brine Lines |
| Phillips Production | 4.5" gas production Lines |
| Crescent Petroleum | Offshore Pull through 3.5" 1500PSI |
| Lamay Corp | Offshore Pull through 2 3/8" 1,000PSI |
| Wintershall | Onshore Pull through 3" 1500 PSI |
| RSP Resources | 4.5" 750PSI Flow Lines |
| Devon Energy West Texas | 3.5 & 4.5" Flow Lines |
| Petrobras Peru | 2 3/8" Flow Lines on Surface |
| Newfield Exploration | 2 3/8" High Pressure Water Injection |
| Basic Energy Services | 3.5" 1500PSI SWD Double Walled Injection line |
| Shell Australia | 1, 1.25, 1.5, 2 3/8" ESP/Tubing Systems for CBM |

XOMPFSUB000239

| | |
|---|---|
| Shell Brunei | 4.5" Water Transfer Line |
| Quest | 1.25" ESP/Tubing Systems |
| Petronas | 3.5" Offshore Rehabilitation |
| OMV- Yemen | 4.5" 750PSI Sour Flow Line |
| OMV/Petrom Romania | 2 3/8 thru 6" Oil Flow Lines Pull Thru Rehabilitation onshore |
| Frontera Resources Georgia | 3.5" Gas Flow Line |
| Concho Resources | 3.5 & 4.5" Flow Lines |
| Artex Petroleum | 2 3/8 & 3.5" Gas Flow Lines |
| CNX | 4.5" Gas Flow Line Pull Thru |
| Petrominerales Colombia | 4.5" Oil Flow Line |
| Repsol Peru | 6" Water Transfer Lines |
| Aspect Resources | 1.25" Velocity String |
| PXP Operating | 6" Oil /Gas/Water Flow line |
| Angustora Rum Trinidad | 3" Black Liquor Disposal Line |
| Crownquest | 2 3/8" Flow Lines for Oil/Gas |

XOMPFSUB000240