IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POLYFLOW, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-2817 |
| | § | |
| SPECIALTY RTP, LLC AND | § | |
| JOHN R. WRIGHT, JR., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## DECLARATION OF JIM MOORE

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.  My name is Jim Moore. I am the Chief Executive Officer of Polyflow, LLC. In that capacity, I am familiar with Polyflow's operations and products line, including Polyflow's trade secrets and proprietary and confidential information that enable Polyflow's business and differentiate Polyflow from its competitors.

2.  Polyflow develops, manufactures, and sells products and services for the oil and gas industry. In particular, Polyflow manufactures and sells a line of reinforced thermoplastic pipe ("RTP pipe") specially formulated for use in modern oil and gas production. Polyflow's products are marketed and sold under the registered tradename and mark of Thermoflex.

3.  Part of Polyflow's business is the rehabilitation of customers' steel pipelines without the exorbitant expense of removing or replacing the existing pipe. Instead, Polyflow pulls one or more smaller RTP pipes through the customer's old steel pipe.

4.  Setting up such a project requires specialized expertise and complex engineering calculations. Polyflow created proprietary engineering models to perform the complex calculations required for rehabilitation projects. The Polyflow models were created using a

software program called Mathcad, and Polyflow treats the models—which are not shared outside of the company—as confidential and trade secrets.

5.  Polyflow uses one model to calculate pressure drop in a pipe. This "pressure drop" model is used for identifying the proper size RTP pipe for a project. A user inputs operating parameters that include pipe length, operating pressure, and operating temperature, and the model outputs a graph comparing Polyflow's Thermoflex RTP pipe with steel pipe. Polyflow's Motion to Compel Production of Models, Defendants' Computers, and Defendants' Technical Documents (the "Motion") contains examples of the Polyflow model's graphical output. Polyflow restricts access to this pressure drop model, including restricting physical access to Polyflow facilities and requiring passwords for access to Polyflow computer systems. Polyflow does not distribute its pressure drop model outside the company.

6.  Polyflow uses a second model to calculate the total force required to pull one of its RTP pipes through the existing steel pipe. An understanding of the pull force required for a specific project is critical to ensuring the proper RTP pipe is selected for the project and to proper installation of the pipe. Once a user inputs the specific project variables, Polyflow's pull force model produces output in the format reflected in the Motion. Polyflow restricts access to this pull force model, including restricting physical access to Polyflow facilities and requiring passwords for access to Polyflow computer systems. Polyflow does not distribute its pull force model outside the company.

7.  Polyflow hired a University professor to create these Mathcad models, and Polyflow owns the models. Polyflow makes reasonable efforts to keep the models secret. The models provide Polyflow a competitive advantage in the market place, and Polyflow's competitors do not have the same models. The models would be valuable to Polyflow's

competitors, as reflected by Specialty RTP's use of the models without permission. The models are not readily ascertainable. In fact, the model cannot be derived by examining the model's output. Polyflow considers the Mathcad models to be trade secrets and confidential.

8. While employed by Polyflow, Defendant Jay Wright had access to and copies of these and other Polyflow trade secret models.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2016.

                                                                   Jim Moore